# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0394**

Jonna M. McGuyre v. State of Alabama (Appeal from Morgan Circuit Court: CC-20-305)

## <u>NOTICE</u>

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk